UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No. 2:14-cv-1433 KJM DAD PS |
| Plaintiff, | |
| v. | ORDER |
| VICKI ROBINSON; STEVE ROBINSON, | |
| Defendants. | |

By Notice of Removal filed June 16, 2014, this unlawful detainer action was removed from the Napa County Superior Court.  Defendants are proceeding pro se with the above-entitled action.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On June 23, 2014, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed

1

the file, the court finds the findings and recommendations to be supported by the record and by the proper

    Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed June 23, 2014 (Dkt. No. 3) are adopted in full;

    2. This action is summarily remanded to the Napa County Superior Court; and

    3. This case is closed.

DATED:   August 1, 2014.

_____
UNITED STATES DISTRICT JUDGE